UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 2:18-MJ-19
                                            HON. TIMOTHY P. GREELEY

KELLY CHARLES LAWSON,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on August 1, 2018, for an initial appearance on the complaint charging defendant with possession with intent to distribute meth. The government has filed a motion for detention, supported by pretrial services and defense counsel requested a hearing.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                              */s/ Timothy P. Greeley*
                                                              TIMOTHY P. GREELEY
                                                              UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2018